UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MALAK BAALIM,<br>aka Norbert KO Cody, II,<br><br>Plaintiff,<br><br>v.<br><br>NATE HAYWARD,<br>*Director, St. Louis Justice Center*,<br><br>Defendant. | ) | Case No. 4:26 CV 1536 RWS |

**MEMORANDUM AND ORDER**

This matter comes before the Court on review of Petitioner Malak Baalim's application for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. On September 24, 2026, he filed a document asserting that he is being illegally detained in the St. Louis City Justice Center.

To procced with his case Petitioner must fill out the Court-provided habeas form in its entirety and return it to the Court. See E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Petitioner will be given twenty-one (21) days from the date of this Order to comply. Failure to submit an amended petition on the Court form within twenty-one (21) days will result in the dismissal of this action without prejudice and without further notice.

Petitioner has also failed to pay the filing fee in this matter, nor has he filed a motion for leave to proceed in forma pauperis. Petitioner must either file a motion for leave to proceed in forma pauperis or pay the $5 filing fee. Petitioner will have twenty-one (21) days from the date of this Order to comply. Petitioner's failure to either pay the $5 filing fee or file a motion to proceed in forma pauperis within twenty-one (21) days, will result in the dismissal of this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED that** Petitioner Malak Baalim must file an amended petition on the Court's 28 U.S.C. § 2254 form within twenty-one (21) days of the date of this Order. The amended petition should **not** include any exhibits or supplements.

**IT IS FURTHER ORDERED that** within the amended petition, Petitioner shall set forth his efforts at exhausting his state-court administrative remedies.

**IT IS FURTHER ORDERED that** Petitioner shall either submit a motion for leave to proceed in forma pauperis or pay the $5 filing fee within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED that** the Clerk of Court shall send to Petitioner a copy of the Court's 28 U.S.C. § 2254 form and a copy of the Court's motion to proceed in forma pauperis form for habeas actions.

**IT IS FURTHER ORDERED that** if Plaintiff does not comply with this Memorandum and Order, the Court will dismiss this action without prejudice and without further notice.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 26th day of October, 2026.